BEFORE THE FIRST DIVISION, OCTOBER 29, 1959

No. 63471.—Donovan Industries, Inc. v. United States, protest 59/5135 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise identified as "Impala" leather on the invoice consists of upper leather made from calf or kip skins, the claim of the plaintiff was sustained.